**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEBORAH WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-06020 |
| | ) | |
| -v- | ) | Honorable Judge Lindsay Jenkins |
| | ) | |
| ERNESTINE B. BECK-FULGHAM, | ) | Magistrate Judge Maria Valdez |
| Individually and in her official capacity as | ) | |
| Village Manager, JOSEPH ROUDEZ III, | ) | |
| Individually and in his official capacity as | ) | |
| Mayor, and UNIVERSITY PARK, | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION TO EXTEND FACT DISCOVERY
## FOR THE LIMITED PURPOSE OF FINALIZING OUTSTANDING DISCOVERY

NOW COMES PLAINTIFF, DEBORAH WILSON, by and through her undersigned counsel, Gianna Scatchell Basile, Esq., DISPARTI LAW GROUP, P.A., and moves this Honorable Court to extend fact discovery by 30 days for the limited purpose of deposing Donzell Franklin and 30(b)(6) Deponent(s) and finalizing the outstanding written discovery responses, stating as follows in support:

(1) Fact discovery is scheduled to close on November 30, 2023.

(2) This is the parties' final proposed extension to the discovery cutoff for the limited purpose only. A prior extension was granted at Dkt. 38.

(3) Plaintiff has been trying to schedule the deposition of Trustee Donzell Franklin for some time but has been unsuccessful given Franklin's work schedule. Franklin lost the re-election to be a Village trustee, and is no longer employed by the Village. Defendants are aware of Plaintiff's intent to depose Donzell Franklin and her unsuccessful attempts to schedule such deposition. Most recently, Franklin's deposition was scheduled for

1

December 4, 2023, by agreement of the parties. Today, Franklin's wife informed Plaintiff's counsel that Franklin has Covid-19 and is not doing well. Therefore, Plaintiff must postpone his deposition until recovery. The parties agree to work together to schedule a new date for his deposition.

(4) The Parties have exchanged written discovery. The Village Clerk is ill and has been out of the office which delayed the Defendants' production of certain documents. Consequently, some of these documents have yet to be reviewed by Defendant's counsel and therefore, have not been produced to Plaintiff's counsel (e.g. executive session recordings, incomplete minutes from Board meetings). For similar reasons, d Defendant's counsel today, and Plaintiff's counsel has not had an opportunity to review these documents in detail. The parties have also been meeting and conferring about narrowing the scope of the 30(b)(6) deposition and of any outstanding written discovery. Therefore, the 30(b)(6) deposition has been postponed until December 19, 2022, by agreement of the parties.

(5) Furthermore, the Parties are waiting for documents that witnesses or parties agreed to produce during their depositions.

(6) The parties have been diligently working to complete fact discovery, but have encountered obstacles such as the Village Clerk's illness, the former trustee's Covid-19 infection, and

(7) Based on the foregoing unexpected circumstances and pending document production, Plaintiff requests that discovery be extended until December 31, 2023. WHEREFORE, Plaintiff respectfully request that the district court allow for an extension of Discovery for the limited purposes of finalizing outstanding discovery.

Dated: November 30, 2023                                          Respectfully submitted,

                                                                 By:/s/ Gianna Scatchell, Esq

2

Gianna Scatchell, Esq.
Disparti Law Group, P.A.
121 West Wacker, Suite 2300
Chicago, Illinois 60601
P: (312) 351-2478
E: gia@dispartilaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served the foregoing document on all counsel of record via

this Court's CM/ECF filing system on November 30, 2023, and that such counsels are all registered e-filers.

By:/s/: Gianna Scatchell, Esq