UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Deborah Wilson
                                      Plaintiff,

v.                                                           Case No.: 1:22−cv−06020
                                                                                 Honorable Lindsay C. Jenkins

Village of University Park, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 1, 2023:

      MINUTE entry before the Honorable Maria Valdez: Plaintiff's Unopposed Motion to Extend Fact Discovery for the Limited Purpose of Finalizing Outstanding Discovery [41] is granted, and the discovery deadline is extended to 12/31/23 solely for the purposes described in the motion. The status report date of 12/4/23 is stricken and reset to 1/5/24.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.